IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BAIL STATUS AND ORDER**

**NO**- INTERPRETER NEEDED : PC/PTD

Date of Arrest: : June 28, 2012
ESR OPERATOR: Crystal Wardlaw

UNITED STATES OF AMERICA : AUSA Jeanine Linehan

v. : Criminal No: 12-935-M-04

SHAWN MOBLEY : Patricia McKinney, Esquire

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and probable cause hearing will be held on

**[X] The Defendant stipulated to probable cause and pretrial detention.**

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other:

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

*BY:*

*/s/ TJR*
*THOMAS J. RUETER*
*U.S. MAGISTRATE JUDGE*

**TIME IN COURT: 5 MINUTES**

*(Form Revised December, 2007)*